

Honorable Bruce T. Beesley
United States Bankruptcy Judge

Entered on Docket
January 13, 2021

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF NEVADA

| In re: | Case No.: 19−51323−btb |
|---|---|
| OWENS PRECISION, INC., | Chapter: 11 |
| Debtor | Date: January 5, 2021 |
| | Time: 2:00 pm |

**ORDER GRANTING FINAL APPLICATION OF THE VERSTANDIG LAW FIRM, LLC AS GENERAL REORGANIZATION COUNSEL TO DEBTOR REQUESTING APPROVAL FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES**

Upon consideration of the Final Application of the VerStandig Law Firm, LLC as General Reorganization Counsel to Debtor Requesting Approval for Compensation and Reimbursement of Expenses [ECF No. 230] (the "Motion"), the authorities cited therein, the exhibits appended thereto, the arguments made at a hearing in this matter, and the entire record herein, it is, by the United States Bankruptcy Court for the District of Nevada, hereby:

ORDERED, that the Motion be, and hereby is, GRANTED; and it is further

ORDERED, that the fees and expenses sought in the Motion be, and hereby are, RATIFIED and ALLOWED on a final basis; and it is further

ORDERED, that the VerStandig Law Firm, LLC shall have herein an allowed administrative claim in the amount of $47,347.47, being comprised of $45,419.49 in fees and $1,927.98 in expenses; and it is further

**ORDERED**, that the request contained within the Motion be, and the same is hereby, approved and allowed, and that the Chapter 11 trustee, or any other trustee appointed and/or the debtor herein, as applicable, is authorized to pay The VerStandig Law Firm, LLC the sums awarded herein as an administrative expense of the debtor's Chapter 11 bankruptcy estate under 11 U.S.C. §§503(b) and 507(a)(2), consistent with the priorities established under the United States Bankruptcy Code, as soon as economically feasible in the judgment of the Chapter 11 trustee but, in any event, prior to distribution of monies to any unsecured creditor herein.

PREPARED AND SUBMITTED:

By: /s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Nevada Bar No. 15346
THE VERSTANDIG LAW FIRM, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, NV 89012

APPROVED:

By: /s/ Andrea M. Gandara (signed w/ express permission)
Andrea M. Gandara, Esq.
Nevada Bar No. 12580
HOLLEY DRIGGS
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
*Counsel for W. Donald Gieseke, Chapter 11 Trustee*

## LR 9021 CERTIFICATION

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

☐ The court has waived the requirement of approval under LR 9021(b)(1).

☐ No party appeared at the hearing or filed an objection to the motion.

X  I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated above.

☐ I certify that this is a case under chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

Copies: All counsel of record.