Richard F. Holley, Esq. (NV Bar No. 3077)
Email: rholley@nevadafirm.com
Andrea M. Gandara, Esq. (NV Bar No. 12580
Email: agandara@nevadafirm.com
HOLLEY DRIGGS
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
Telephone: 702/791-0308
Facsimile:   702/791-1912

*Attorneys for W. Donald Gieseke, Chapter 11 Trustee*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| IN RE:<br><br>OWENS PRECISION, INC.,<br><br>Debtor. | Case No.: 19-51323-BTB<br>CHAPTER 11<br><br>NOTICE OF ENTRY OF ORDER APPROVING STIPULATION TO CONTINUE AUCTION PURSUANT TO GUARANTEE AGREEMENT TO REMARKET ASSETS OF OWENS PRECISION INC. |

PLEASE TAKE NOTICE that the Order Approving Stipulation to Continue Auction Pursuant to Guarantee Agreement to Remarket Assets of Owens Precision Inc. ("Order") [ECF No. 262] was entered on February 3, 2021. A copy of said Order is attached.

Dated this 5th day of February 2021.

**HOLLEY DRIGGS**

 /s/ Andrea M. Gandara
Richard F. Holley, Esq. (NV Bar No. 3077)
Andrea M. Gandara, Esq. (NV Bar No. 12580)
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101

*Attorneys for W. Donald Gieseke,*
*Chapter 11 Trustee*

14355-01/2553419.docx

Honorable Bruce T. Beesley
United States Bankruptcy Judge

Entered on Docket
February 03, 2021

Richard F. Holley, Esq. (NV Bar No. 3077)
Email: rholley@nevadafirm.com
Andrea M. Gandara, Esq. (NV Bar No. 12580)
Email: agandara@nevadafirm.com
HOLLEY DRIGGS
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
Telephone: 702/791-0308
Facsimile: 702/791-1912
*Attorneys for W. Donald Gieseke,*
*Chapter 11 Trustee*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>OWENS PRECISION, INC.,<br><br>Debtor. | Case No. 19-51323-btb<br>Chapter 11<br><br>**ORDER APPROVING STIPULATION TO CONTINUE AUCTION PURSUANT TO GUARANTEE AGREEMENT TO REMARKET ASSETS OF OWENS PRECISION INC.**<br><br>Judge: Hon. Bruce T. Beesley |

The Court having considered the Stipulation to Continue Auction Pursuant to Guarantee Agreement to Remarket Assets of Owens Precision Inc. [ECF No.261] (the "Stipulation") filed by W. Donald Gieseke, Chapter 11 Trustee (the "Trustee"), by and through its counsel, Richard F. Holley, Esq. and Andrea M. Gandara, Esq. of the law firm Holley Driggs, Onyx Asset Advisors, LLC ("Onyx") and Rabin Worldwide ("Rabin" and collectively with Onyx the "Sales Agent"), by and through their counsel, Nicholas B. Beatty of Dorsey & Whitney LLP, UMB Bank, N.A. as successor by merger to Marquette Business Credit, LLC and Marquette Business Credit SPE I,

14355-01/2551140.docx

1 LLC ("UMB"), by and through its counsel, Timothy A. Lukas, Esq. of the law firm Holland & Hart P.C., and Wells Fargo Equipment Finance ("Wells Fargo"), by and through its counsel, Nathan G. Kanute of the law firm Snell & Wilmer L.L.P., and good cause appearing therefore:

**IT IS HEREBY ORDERED** that the Stipulation [ECF No. 261] is **APPROVED**.

**IT IS FURTHER ORDERED** that auction of the Sale Assets[1] may be continued to the week of March 8-12, 2021.

**IT IS FURTHER ORDERED** that the Sales Agent shall be the exclusive party that is authorized to negotiate with interested buyers. The Trustee shall not communicate regarding sale negotiations with interested buyers (including, without limitation Parker Hannifin, or its suppliers), without the prior written consent of the Sales Agent. The Trustee will take such actions as are reasonably requested by Sales Agent in order to facilitate the completion of the auction beginning no later than March 15, 2021.

**IT IS FURTHER ORDERED** that the Trustee may use UMB's cash collateral consistent with a budget approved by UMB via written consent only.

**IT IS FURTHER ORDERED** that, in accordance with the terms of the Final Order (I) Authorizing Use of Cash Collateral Pursuant to Section 363 of the Bankruptcy Code, (II) and Granting Adequate Protection Pursuant to Sections 361, 362, and 363 of the Bankruptcy Code (the "Cash Collateral Order") ECF No. 93, UMB has an allowed secured claim that it reports is in the principal amount of $560,217.61 plus accrued interest and fees which fees and interest continue to accrue and as of December 31, 2020, is in the amount of not less than $73,212.94.[2] UMB must submit a payoff to the Trustee consistent with the Sale Order prior to payment from auction proceeds.

**IT IS FURTHER ORDERED** that the Trustee shall provide notice to parties in interest regarding the Stipulation and this Order approving the Stipulation.

---

[1] Defined as "[t]he tangible personal property assets located at [5966 Morgan Mill Road, Carson City, Nevada 89701 (the 'Premises')]" in the Motion for Entry of an Order Under 11 U.S.C. §§ 363 and 105 Approving Sale of Estate Assets Free and Clear and Related Relief [ECF No. 240] (the "Sale Motion").

[2] Subject to verification of the amount by the Trustee through back up for the claim by UMB.

- 2 -

14355-01/2551140.docx

**IT IS FURTHER ORDERED** that, except as otherwise provided herein, all other terms of the Sale Order shall remain in effect.

**IT IS SO ORDERED.**

Prepared and submitted by:
**HOLLEY DRIGGS**

/s/Andrea M. Gandara
Richard F. Holley, Esq. (NBN 3077)
Andrea M. Gandara, Esq. (NBN 12580)
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101

*Attorneys for W. Donald Gieseke, Chapter 11 Trustee*

###

14355-01/2551140.docx

**CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of Holley Driggs, and that on the 5th day of February 2021, I caused to be served a true and correct copy of **NOTICE OF ENTRY OF ORDER APPROVING STIPULATION TO CONTINUE AUCTION PURSUANT TO GUARANTEE AGREEMENT TO REMARKET ASSETS OF OWENS PRECISION INC.** in the following manner:

☒ (ELECTRONIC SERVICE) Under Local Rule 5005 of the United States Bankruptcy Court for the District of Nevada, the above-referenced document was electronically filed on the date hereof and served through the Notice of Electronic Filing automatically generated by that Court's facilities.

☒ (UNITED STATES MAIL) By depositing a copy of the above-referenced document for mailing in the United States Mail, first class postage prepaid, at Las Vegas, Nevada, to the parties listed on the attached service list, at their last known mailing addresses, on the date above written. **See attached.**

☐ (OVERNIGHT COURIER) By depositing a true and correct copy of the above-referenced document for overnight delivery via Federal Express, at a collection facility maintained for such purpose, addressed to the parties on the attached service list, at their last known delivery address, on the date above written.

☐ (FACSIMILE) That I served a true and correct copy of the above-referenced document via facsimile, to the facsimile numbers indicated, to those persons listed on the attached service list, on the date above written.

/s/ Olivia Swibies
An employee of Holley Driggs

14355-01/2553419.docx

| | | |
|---|---|---|
| 13 Martin Auto Color<br>2765 US Highway 50 East<br>Unit E<br>Carson City, NV 89701-2834 | A L Sierra Welding<br>4443 US Highway 50 East<br>Carson City, NV 89701-1924 | AMERICAN TELEPHONE & TELEGRAPH COMPANY<br>POB 5025<br>CAROL STREAM, IL 60197-5025 |
| ARAMARK Uniform & Career Apparel, LLC<br>c/o Sheila R. Schwager<br>Hawley Troxell Ennis & Hawley LLP<br>P.O. Box 1617<br>Boise, ID 83701-1617 | ATLAS TESTING LABORATORIES, INC.<br>9820 SIXTH STREET<br>RANCHO CUCAMONGA, CA 91730-5714 | Advanced CNC<br>PO Box 4833<br>Carson City, NV 89702-4833 |
| Afassco<br>2244 Park Place C<br>Minden, NV 89423-8632 | Airgas<br>PO Box 102289<br>Pasadena, CA 91189-0113 | Alhambra Sparkletts<br>PO Box 660579<br>Dallas, TX 75266-0579 |
| All Pro Security Inc.<br>1295 E. Moana Lane<br>Suite D<br>Reno, NV 89502-4848 | Apex Anodizing, Inc.<br>280 B. Coney Island Drive<br>Sparks, NV 89431-6344 | BARRY AVENUE PLATING CO, INC.<br>2210 BARRY AVENUE<br>LOS ANGELES CA 90064-1488 |
| BATTERIES PLUS<br>4898 SOUTH VIRGINIA STREET<br>RENO, NV 89502-6016 | BLANCHARD METALS PROCESSING COMPANY<br>1115 PIONEER ROAD<br>SALT LAKE CITY, UT 84104-3716 | BLUELINE INDUSTRIAL<br>18350 WARD STREET<br>FOUNTAIN VALLEY, CA 92708-6853 |
| BRIGGS ELECTRIC, INC.<br>5111 CONVAIR DRIVE<br>CARSON CITY, NV 89706-0426 | BURGARELLO ALARM<br>50 SNIDER WAY<br>SPARKS, NV 89431-6391 | C&A INVESTMENT<br>187 SONOMA STREET<br>CARSON CITY, NV 89701-5797 |
| CAPITAL CITY AUTO NAPA<br>1882 HIGHWAY 50 EAST<br>CARSON CITY, NV 89701 | CARSON VALLEY OIL<br>POB 643<br>CARSON CITY, NV 89702-0643 | CASTLE<br>POB 31001-2507<br>PASADENA, CA 91110-0001 |
| CHASE BRASS AND COPPER COMPANY, LLC<br>12570 COLLECTIONS CENTER DRIVE<br>CHICAGO, IL 60693-0001 | COLONIAL LIFE<br>POB 1365<br>COLUMBIA, SC 29202-1365 | CONQUEST INDUSTRIES<br>12740 LAKELAND ROAD<br>SANTA FE SPRINGS, CA 90670-4633 |
| COPPER AND BRASS SALES<br>3935 NORTH PECOS ROAD<br>LAS VEGAS, NV 89115-4801 | DESERT FIRE PROTECTION<br>505 VALLEY ROAD<br>RENO, NV 89512-3308 | DIGI KEY<br>200 SOUTH VIRGINIA STREET<br>SUITE 100<br>RENO, NV 89501-2422 |
| DRYTECH<br>POB 2106<br>DAYTON, NV 89403-2106 | DYNATEK<br>POB 800729<br>SANTA CLARITA, CA 91380-0729 | EMBEE PROCESSING, LLC<br>LOCKBOX 847185<br>POB 847185<br>LOS ANGELES, CA 90084-7185 |

| | | |
|---|---|---|
| ERNEST PACKAGING SOLUTIONS<br>360 LILLARD AVENUE<br>SPARKS, NV 89434-8909 | FEDEX<br>POB 7221<br>PASADENA, C 91109-7321 | FINKELSTEIN METALS LIMITED<br>2638 UNITED LANE<br>ELK GROVE VILLAGE, IL 60007-6821 |
| FIRST CHOICE<br>7525 COLBERT DRIVE 104<br>RENO, NV 89511-1295 | FLYTE<br>6833 TUJUNG AVENUE<br>NORTH HOLLYWOOD, CA 91605-6312 | GLORIA PEREZ<br>906 VALLEY CREST DRIVE<br>CARSON CITY, NV 89705-6876 |
| GOSIGER, INC.<br>POB 712288<br>CINCINNATI, OH 45271-2288 | GRAINGER<br>INDUSTRIAL SUPPLY DEPARTMENT<br>832116941<br>POB 419267<br>KANSAS CITY, MO 64141-6267 | HARTFORD FIRE INSURANCE COMPANY<br>POB 660916<br>DALLAS, TX 75266-0916 |
| HENRY SERVIN AND SONS<br>2185 RONALD STREET<br>SANTA CLARA, CA 95050-2819 | HIGH SIERRA BUSINESS SYSTEMS, INC.<br>2814 NORTH CARSON<br>CARSON CITY, NV 89706-0177 | HIGH SIERRA LEASING & INVESTMENT CO.<br>PO BOX 3718<br>CARSON CITY NV 89702-3718 |
| HOME DEPOT<br>CREDIT SERVICES DEPARTMENT 32-2135702292<br>LOUISVILLE, KY 40290 | HOWARD WIRE CLOTH COMPANY<br>28976 A HOPKINS STREET<br>HAYWARD, CA 94545-5000 | IMAGE SUPPLY<br>4813 AUBURN BLVD<br>SUITE B<br>SACRAMENTO, CA 95841-3603 |
| INTECH FUNDING CORPORATION HAAS<br>POB 858178<br>MINNEAPOLIS, MN 55484-0001 | Internal Revenue Service<br>CIO<br>PO Box 7346<br>Philadelphia, PA<br>19101-7346 | MARQUETTE BUSINESS CREDIT SPE 1, LLC<br>C/O Kyle J. Mathews, Esq.<br>SheppardMullin<br>333 South Hope Street, Forty-Third Floor<br>Los Angeles, CA 90071-1406 |
| MCAMASTER CARR<br>POB 7690<br>CHICAGO, IL 60680-7690 | MCS INDUSTRIAL SUPPLY COMPANY<br>75 MAXESS ROAD<br>MELVILLE NY 11747-3151 | METAL BARS<br>14530 SOUTH MARQUARDT<br>SANTA FE SPRINGS, CA 90670-5141 |
| MIL SPEC SPRAY PAINT COMPANY<br>20 ADAIR DRIVE<br>SUITE B<br>CARSON CITY, NV 89706-7451 | MITCHELL METROLOGY<br>9045 SLAUSON AVENUE<br>PICO RIVERA, CA 90660-4520 | MSC IND<br>POB 953635<br>SAINT LOUIS, MO 63195-3635 |
| ND TESTING<br>1236 WEST BROOKS STREET<br>SUITE A<br>ONTARIO, CA 91762-3608 | NEVADA HEAT TREATING BLAZING STEEL<br>12 INDUSTRIAL PARKWAY<br>UNIT C<br>CARSON CITY, NV 89706-7780 | NEWEGG<br>17708 ROWLAND STREET<br>ROWLAND HEIGHTS, CA 91748-1119 |
| NEXT GENERATION METALS, INC<br>POB 936567<br>ATLANTA, GA 31193-6567 | NH HICKS<br>1294 EAST AVENUE STREET<br>SUITE 110<br>CHICO, CA 95926 | Nevada Department of Taxation<br>1550 College Parkway<br>Ste. 115<br>Carson City, NV 89706 |

| | | |
|---|---|---|
| OFFICE DEPOT<br>DEPARTMENT 11-6900829216<br>POB 9001036<br>LOUISVILLE, KY 40290-1036 | OLD DOMINION FREIGHT LINE, INC.<br>RUSTY FRAZIER, LITIGATION COORDINATOR<br>500 OLD DOMINION WAY<br>THOMASVILLE NC 27360-8923 | PARKER HANNIFIN CORPORATION<br>CONTROL SYSTEMS DIVISION, VERIFLO<br>SANDRA J. SBERNA, CREDIT ANALYST CORP<br>6035 PARKLAND BLVD<br>CLEVELAND OH 44124-4186 |
| PIONEER B<br>6434 TELEGRAPH RD<br>LOS ANGELES 90040-2593 | PITNEY BOWES<br>POB 371896<br>PITTSBURGH, PA 15250-7896 | PRECISION GRINDING COMPANY<br>1019 WEST BRIARDALE AVENUE<br>ORANGE, CA 92865-4111 |
| PRO PLASTICS<br>DEPARTMENT LA 23218<br>PASADENA, CA 91185-0001 | RELIANCE SPECIALTY PRODUCTS<br>ACCOUNTS RECEVIABLE<br>855 MORSE AVENUE<br>ELK GROVE VILLAGE, IL 60007-5105 | RENO DRAIN OIL SERVICE<br>11970 I-80<br>EAST SPARKS, NV 89434-9649 |
| SAFETY KLEEN<br>POB 7170<br>PASADENA, CA 91109-7170 | SANTA CLARA WINDUSTRIAL<br>1525 WALSH AVENUE<br>SANTA CLARA, CA 95050-2616 | SELWAY MACHINE TOOL COMPANY<br>29250 UNION CITY BLVD<br>UNION CITY, CA 94587-1279 |
| SOUTHWEST GAS<br>POB 98890<br>LAS VEGAS, NV 89150-0001 | SPARKS ELECTRIC<br>845 MARIETTA WAY<br>SPARKS, NV 89431-6019 | State of Nevada<br>Employment, Training & Rehab<br>Employment Security Division<br>500 E. Third St<br>Carson City, NV 89713-0030 |
| TEXAS MANUFACTURING GROUP INC<br>RON GREEN<br>2764 LAKE SAHARA DRIVE<br>SUITE 109<br>LAS VEGAS, NV 89117-3400 | TEXAS WORKFORCE COMMISSION<br>REGULATORY INTEGRITY DIVISION - SAU<br>Room 556<br>101 E. 15th Street<br>Austin, TX 78778-0001 | TRUE VALUE MOUNDHOUSE<br>10189 HIGHWAY 50 EAST<br>CARSON CITY, NV 89706-7440 |
| TW METALS<br>POB 933014<br>ATLANTA, GA 31193-3014 | ULINE<br>POB 88741<br>CHICAGO, IL 60680-1741 | UNITED RENTALS<br>3682 SOUTH VALLEY VIEW BLVD<br>LAS VEGAS, NV 89103-1812 |
| UNITEK TECHNICAL SERVICS, INC.<br>5900 FORT DRIVE<br>SUITE 100<br>CENTREVILLE, VA 20121-2425 | UPS<br>POB 894820<br>LOS ANGELES, CA 90189-4820 | UPS SUPPLY CHAIN SOLUTIONS, INC.<br>28013 NETWORK PLACE<br>CHICAGO, IL 60673-1280 |
| VISION SERVICE PLAN<br>POB 742430<br>LOS ANGELES, CA 90074-2430 | WASTE MANAGEMENT CAPITAL CITY<br>SANITATION<br>POB 541065<br>LOS ANGELES, CA 90054-1065 | |