Richard F. Holley, Esq. (NV Bar No. 3077)
Email: rholley@nevadafirm.com
Andrea M. Gandara, Esq. (NV Bar No. 12580)
Email: agandara@nevadafirm.com
HOLLEY DRIGGS
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
Telephone: 702/791-0308
Facsimile: 702/791-1912

*Attorneys for W. Donald Gieseke, Chapter 11 Trustee*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | Case No.: 19-51323-BTB<br>CHAPTER 11 |
| OWENS PRECISION, INC., | |
| Debtor. | AMENDED[1] NOTICE OF DEADLINE FOR FILING OF ADMINISTRATIVE CLAIMS |
| | Judge: Hon. Bruce T. Beesley |

**TO: ALL POTENTIAL HOLDERS OF ADMINISTRATIVE CLAIMS**

**NOTICE IS HEREBY GIVEN** that each person or entity that asserts an administrative claim against Debtor Owens Precision, Inc. (the "Debtor"), excluding W. Donald Gieseke, Chapter 11 Trustee and counsel for W. Donald Gieseke, Chapter 11 Trustee, shall file a request for payment of such Administrative Claims on or before the deadline on **May 11, 2021.**

**NOTICE IS FURTHER GIVEN** that to be considered for payment in accordance with 11 U.S.C. §503(b), any potential holders of administrative claims must file and serve Proofs of Claim or request for payment of administrative claims including without limitation applications for allowance and disbursement of professional fees, excluding W. Donald Gieseke, Chapter 11 Trustee and counsel for W. Donald Gieseke, Chapter 11 Trustee, on or before May 11, 2021.

/ / /

---

[1] Amended to correct date reference from April 27, 2021 to May 11, 2021. May 11, 2021 is the deadline to file and serve Proofs of Claim or request for payment of administrative claims.

**NOTICE IS FURTHER GIVEN** that any potential holders of an administrative claim arising in this case that fail to file and serve requests for payment of administrative claims and/or applications for allowance and disbursement of professional fees, excluding W. Donald Gieseke, Chapter 11 Trustee and counsel for W. Donald Gieseke, Chapter 11 Trustee, on or before May 11, 2021, shall be barred from asserting an administrative claim against the Debtor, its estate, its successor(s), and property of the Debtor or its estate.

Dated this 22nd day of March, 2021.

**HOLLEY DRIGGS**

 /s/ Andrea M. Gandara
Richard F. Holley, Esq. (NV Bar No. 3077)
Andrea M. Gandara, Esq. (NV Bar No. 12580)
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101

*Attorneys for W. Donald Gieseke,*
*Chapter 11 Trustee*

- 2 -

14355-01/2573015.docx

**CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of Holley Driggs, and that on the 22nd day of March 2021, I caused to be served a true and correct copy of **AMENDED NOTICE OF DEADLINE FOR FILING OF ADMINISTRATIVE CLAIMS** in the following manner:

☒    (ELECTRONIC SERVICE)    Under Local Rule 5005 of the United States Bankruptcy Court for the District of Nevada, the above-referenced document was electronically filed on the date hereof and served through the Notice of Electronic Filing automatically generated by that Court's facilities.

☐    (UNITED STATES MAIL)    By depositing a copy of the above-referenced document for mailing in the United States Mail, first class postage prepaid, at Las Vegas, Nevada, to the parties listed on the attached service list, at their last known mailing addresses, on the date above written.

☐    (OVERNIGHT COURIER)    By depositing a true and correct copy of the above-referenced document for overnight delivery via Federal Express, at a collection facility maintained for such purpose, addressed to the parties on the attached service list, at their last known delivery address, on the date above written.

☐    (FACSIMILE)    That I served a true and correct copy of the above-referenced document via facsimile, to the facsimile numbers indicated, to those persons listed on the attached service list, on the date above written.

　　　　　　　　　　　　　　　　　/s/ Olivia Swibies
　　　　　　　　　　　　　　　　An employee of Holley Driggs

14355-01/2573015.docx