UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA
RENO DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| OWENS PRECISION, INC | § | Case No. 19-51323 |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter 11 of the United States Bankruptcy Code was filed on 11/12/2019.  The case was converted to one under Chapter 7 on 07/21/2022.   The undersigned trustee was appointed on 07/21/2022.

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of              $         217,642.23

Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 1,241.14 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |

Leaving a balance on hand of[1]              $         216,401.09

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) (Page: 1)

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 09/29/2022 and the deadline for filing governmental claims was 01/17/2023. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $14,132.11. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests a sum of $0.00, for a total compensation of $0.00[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $3,126.96, for total expenses of $3,126.96[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 12/05/2024                    By: /s/ W. Donald Gieseke, Trustee
                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Exhibit A

| | | |
|---|---|---|
| Case No: | 19-51323 HLB | Judge:  Hilary L. Barnes |
| Case Name: | OWENS PRECISION, INC | |
| For Period Ending: | 12/05/2024 | |

| | |
|---|---|
| Trustee Name: | W. Donald Gieseke, Trustee |
| Date Filed (f) or Converted (c): | 07/21/2022 (c) |
| 341(a) Meeting Date: | 09/22/2022 |
| Claims Bar Date: | 09/29/2022 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1.  RETAINER FOR BANKRUPTCY COUNSEL - VERSTANDIG LAW | 10,000.00 | 0.00 | | 0.00 | FA |
| 2.  WELLS FARGO CHK ENDING 3899 | 888.22 | 0.00 | | 0.00 | FA |
| 3.  WELLS FARGO CHK ENDING 2737 | 1,134.39 | 0.00 | | 0.00 | FA |
| 4.  WELLS FARGO SAVINGS ENDING 7049 | 1,851.29 | 0.00 | | 0.00 | FA |
| 5.  WELLS FARGO SAVINGS ENDING 6887 | 534.57 | 0.00 | | 0.00 | FA |
| 6.  ACCOUNTS RECEIVABLE UNDER 90 DAYS | 449,775.80 | 0.00 | | 0.00 | FA |
| 7.  ACCOUNTS RECEIVABLE OVER 90 DAYS | 151,629.37 | 0.00 | | 0.00 | FA |
| 8.  RAW MATERIALS | 111,395.23 | 0.00 | | 0.00 | FA |
| 9.  WORK IN PROGRESS | 45,000.00 | 0.00 | | 0.00 | FA |
| 10.  FINISHED GOODS | 396,278.55 | 0.00 | | 0.00 | FA |
| 11.  OFFICE EQUIPMENT | 3,780.95 | 0.00 | | 0.00 | FA |
| 12.  EQUIPMENT USED FOR PRIMARY MANUFACTURING BUSINESS | 6,780,369.00 | 6,780,369.00 | | 0.00 | FA |
| 13.  UNFILED CLAIMS AGAINST RITA & WALTER OWENS | 100,000.00 | 0.00 | | 0.00 | FA |
| 14.  CASH | 241.19 | 0.00 | | 0.00 | FA |
| 15.  WELLS FARGO CHK ENDING 3907 | 10,350.68 | 0.00 | | 0.00 | FA |
| 16.  WELLS FARGO CHK ENDING 3873 | 174.53 | 0.00 | | 0.00 | FA |
| 17.  2004 CHEVROLET PICKUP | 250.00 | 0.00 | | 0.00 | FA |
| 18.  2011 DODGE PICKUP | 250.00 | 0.00 | | 0.00 | FA |
| 19.  5966 MORGAN HILL ROAD (FACTORY) | 0.00 | 0.00 | | 0.00 | FA |
| 20.  CHAPTER 11  FUNDS (u) | 216,946.23 | 216,946.23 | | 216,946.23 | FA |
| 21.  INSURANCE REFUND ON POLICY 01APM023627.1 (u) | 696.00 | 696.00 | | 696.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)

| | | | |
|---|---|---|---|
| | $8,281,546.00 | $6,998,011.23 | $217,642.23 | $0.00 |

(Total Dollar Amount in Column 6)

Exhibit A

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Exhibit A

10-15-24 - TFR SUBMITTED TO OUST FOR REVIEW OF SAME.

9-30-24 -  ORDER TO ABANDON AND DESTROY BUSINESS RECORDS OF THE DEBTOR AND ABANDON COMPUTERS AND DONATE TO COMPUTER RECYCLING CENTER - SEE DOCKET #441.

8-30-24 -  TRUSTEE FILED HIS MOTION TO ABANDON AND DESTROY BUSINESS RECORDS OF THE DEBTOR - SEE DOCKET #439

6-30-24 -  TRUSTEE DOING FINAL REVIEW OF BOOKS AND RECORDS.

3-31-24 -  TRUSTEE REVIEWING BUSINESS RECORDS.

12-31-23 - TRUSTEE TO REVIEW DOCUMENTS OF THE DEBTOR.

9-30-23 - ERC OPPORTUNITY REVIEWED.
TAX RETURNS REQUESTED FROM PRINCIPAL OF THE DEBTOR.  NONE PROVIDED.
ERC WILL NOT BE APPLICABLE IF NO TAX LIABILITY
NO IRS REPLY ON TAXES

6-30-23 - TRUSTEE REVIEWING MORS.

3-31-23 - TRUSTEE PREPARING AND REVIEWING PREVIOUS FILED MORS.

12-31-22   TRUSTEE TO PREPARE MORS.

9-30-22 - COUNSEL RETAINED
POSSIBLE RESIDUAL ASSETS RESEARCHED
PREVIOUS LITIGATION BEING CLOSED

7-27-22 - PLEASE NOTE ALL ASSETS WERE SOLD IN THE CHAPTER 11  - SEE ORDER ON DOCKET #257 ENTERED ON 1-14-21 AND EMPLOYMENT OF ONYX ASSET ADVISORS - DOCKET #248.

7-21-22 - TRUSTEE GIESEKE APPOINTED AS CHAPTER 7 TRUSTEE - SEE DOCKET #422.

7-21-22 - CONVERTED FROM A CHAPTER 11 TO A CHAPTER 7 BANKRUPTCY CASE - SEE DOCKET #419.

6-30-22 - DISCUSSIONS ON CONVERTING THE CHAPTER 11 CASE TO A CHAPTER 7 CASE.

4-6--22 -  ORDER ON APPLICATIONS FOR COMPENSATION FOR SBC CONSULTING AND HOLLY DRIGSS - SEE DOCKET #376 & #377.

12-21-21 - TRUSTEE FILED CHAPTER 11 MORS  - SEE DOCKET #331 THRU #342.

10-6-21 - CHAPTER 11 TRUSTEE'S BRIEF REGARDING CASE ADMINISTATION FILED - SEE DOCKET #310.

6-30-21 -  TRUSTEE FILED OPPOSITION TO EBI'S ADMINISTRATION EXPENSE CLAIM (RENTS ALLEGEDLY OWED FROM DEBTOR) (EBI IS LANDLORD OF MAIN MANUFACTURING SITE) - SEE DOCKET #297  (FILED ON 6-15-21).

3- 31-21 -  SBG CONSULTING EMPLOYED TO HELP WITH CREATE MORE ACCURATE COMPANY FINANCIALS - SEE DOCKET #274.

12-31-20 - TRUSTEE REVIEWED SCHEDULES AND VISITED SITE.

10-19-20 - CHAPTER 11 TRUSTEE, W. DONALD GIESEKE WAS APPOINTED IN THIS CASE - SEE DOCKET #216.

| RE PROP # | 13 | -- | FRAUD, NEGLIGENT MISREPRESENTATION, BREACH OF CONTRACT |
| RE PROP # | 17 | -- | VIN: 1GCEC14VX4Z215766 |
| RE PROP # | 18 | -- | VIN: 1D7RV1GP5BS678385 |
| RE PROP # | 19 | -- | THIS PROPERTY IS LEASED BY THE DEBTOR - NO OWNERSHIP INTEREST IN THIS PROPERTY. |

Exhibit A

Initial Projected Date of Final Report (TFR): 06/30/2023          Current Projected Date of Final Report (TFR): 11/30/2024

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 19-51323
Case Name: OWENS PRECISION, INC

Trustee Name: W. Donald Gieseke, Trustee
Bank Name: Axos Bank
Account Number/CD#: XXXXXX0581
Checking
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

Exhibit B

Taxpayer ID No: XX-XXX9934
For Period Ending: 12/05/2024

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/24/22 | 20 | WELLS FARGO BANK, N.A. 1800 WEDGE PARKWAY RENO, NV 89511 | CHAPTER 11 BANK ACCOUNT TO CHAPTER 7 BK ESTATE | 1229-000 | $206,856.44 | | $206,856.44 |
| 08/24/22 | 20 | WELLS FARGO BANK, N.A. 18000 WEDGE PARKWAY RENO, NV 89511 | CHAPTER 11 BANK ACCOUNT TO CHAPTER 7 BK ESTATE | 1229-000 | $10,089.79 | | $216,946.23 |
| 09/01/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $61.81 | $216,884.42 |
| 10/03/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $231.74 | $216,652.68 |
| 11/01/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $239.22 | $216,413.46 |
| 12/01/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $231.24 | $216,182.22 |
| 01/03/23 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $238.69 | $215,943.53 |
| 02/01/23 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $238.44 | $215,705.09 |
| 09/19/23 | 21 | BERKSHIRE HATHAWAY HOMESTATE INSURANCE COMPANY 1314 DOUGLAS STREET, SUITE 1400 OMAHA, NEBRASKA 68102-1944 | INSURANCE REFUND | 1229-000 | $696.00 | | $216,401.09 |

COLUMN TOTALS — $217,642.23 — $1,241.14
Less: Bank Transfers/CD's — $0.00 — $0.00
Subtotal — $217,642.23 — $1,241.14
Less: Payments to Debtors — $0.00 — $0.00
Net — $217,642.23 — $1,241.14

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*      Page Subtotals: $217,642.23   $1,241.14

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0581 - Checking | $217,642.23 | $1,241.14 | $216,401.09 |
| | $217,642.23 | $1,241.14 | $216,401.09 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $217,642.23 |
| Total Gross Receipts: | $217,642.23 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 19-51323                                                                                      Date: December 5, 2024
Debtor Name: OWENS PRECISION, INC
Claims Bar Date: 9/29/2022

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100<br>2100 | W. DONALD GIESEKE<br>18124 WEDGE PKWY., STE 518<br>RENO, NV  89511 | Administrative | | $0.00 | $0.00 | $0.00 |
| 100<br>2200 | W. DONALD GIESEKE<br>18124 WEDGE PKWY., STE 518<br>RENO, NV  89511 | Administrative | | $0.00 | $3,126.96 | $3,126.96 |
| 24<br>100<br>2950 | UNITED STATES TRUSTEE<br>PAYMENT CENTER<br>P.O. BOX  6200-19<br>PORTLAND, OR 97228-6200 | Administrative | UNPAID CHAPTER 11 FEES. | $0.00 | $7,554.00 | $7,554.00 |
| 31<br>150<br>6101 | W. DONALD GIESEKE<br>CHAPTER 11 TRUSTEE<br>18124 WEDGE PARKWAY #518<br>RENO, NV 89511 | Administrative | 7-21-22 CHAPTER 11 TRUSTEE FEES - PER COURT ORDER - SEE DOCKET #418. | $0.00 | $72,266.31 | $72,266.31 |
| 31-2<br>150<br>6102 | W. DONALD GIESEKE<br>CHAPTER 11 TRUSTEE<br>18124 WEDGE PARKWAY #518<br>RENO, NV 89511 | Administrative | 7-21-22 CHAPTER 11 TRUSTEE EXPENSES - PER COURT ORDER - SEE DOCKET #418. | $0.00 | $1,389.67 | $1,398.67 |
| 27<br>150<br>6210 | HOLLY DRIGGS<br>MARY LANGSNER, ESQ.<br>400 SOUTH FOURTH STREET,<br>THIRD FLOOR<br>LAS VEGAS, NV 89101 | Administrative | PER COURT ORDER ADMINSTRATIVE EXPENSE FOR ATTORNEY FOR TRUSTEE - SEE COURT ORDER DOCKET #377. | $0.00 | $46,297.09 | $46,297.09 |
| 28<br>150<br>6410 | SBG CONSULTING, INC<br>7930 W. SAHARA<br>LAS VEGAS, NV 89117 | Administrative | ACCOUNTANT FEES ALLOWED PER COURT ORDER - SEE DOCKET #376. | $0.00 | $9,875.25 | $9,875.25 |
| 29-1<br>150<br>6920 | La MONICA PROPERTIES, LLC<br>P.O. BOX 20350<br>CARSON CITY, NV 89701 | Administrative | FOR POST PETITION RENT PER COURT ORDER - SEE DOCKET #169. LISTED ON SCH F. | $1.00 | $21,381.00 | $21,381.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 19-51323
Debtor Name: OWENS PRECISION, INC
Claims Bar Date: 9/29/2022

Date: December 5, 2024

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|--------|---------------------------|-------------|-------|-----------|---------|---------|
| 13-2<br>150<br>6990 | BLANCHARD METALS PROCESSING COMPANY<br>1115 PIONEER ROAD<br>SALT LAKE CITY, UT 84104 | Administrative | POST PETITION PORTION OF CLAIM 13-1.  PRIORITY ADMIN EXPENSE.  Administrative Claim; Settlement per ECF No.'s 321 & 350 | $0.00 | $1,526.30 | $1,526.30 |
| 18<br>150<br>6990 | WALTER J. OWENS AND RITA OWENS<br>C/O PAUL MATTEONI, ESQ.<br>LEWIS ROCA ROTHGERBER CHRISTIE LLP<br>0NE E. LIBERTY STREET, SUITE 300<br>RENO, NV 89501 | Administrative | Administrative Claim; DEBTOR Sanctions granted per ECF Docket No. 210 | $0.00 | $1,800.00 | $1,800.00 |
| 23<br>150<br>6990 | THE VERSTANDIG LAW FIRM, LLC<br>1452 W. HORIZON RIDGE PKWY, #665<br>HENDERSON, NV 89012 | Administrative | ADMINISTRATIVE FEES AND EXPENSES PER DE #256. SEE DOCKET #177 ALLOWING ADMIN EXPENSE. | $0.00 | $47,347.47 | $36,491.29 |
| 26<br>150<br>6990 | EBI-ONE NV, LLC<br>C/O SETH J. ADAMS<br>WOODBURN AND WEDGE<br>6100 NEIL ROAD, STE. 500<br>RENO, NV 89511 | Administrative | Administrative Claim; Settlement per ECF No.'s 321 & 350 | $0.00 | $90,000.00 | $90,000.00 |
| 29-2<br>150<br>6990 | La MONICA PROPERTIES, LLC<br>P.O. BOX 20350<br>CARSON CITY, NV 89701 | Administrative | FOR POST PETITION REMEDIATION EXPENSES PER COURT ORDER - SEE DOCKET #169. LISTED ON SCH F. | $1.00 | $32,907.00 | $32,907.00 |
| 30<br>150<br>6990 | JEFFREY L. HARTMAN, ESQ.<br>HARTMAN & HARTMAN, A PROFESSIONAL CORP.<br>510 WEST PLUMB LANE, STE. B<br>RENO, NV  89509 | Administrative | PER COURT ORDER - SEE DOCKET #169.   SEE DOCKET # 136 FOR APPLICATION. | $0.00 | $6,500.00 | $6,500.00 |
| 11-1<br>220<br>5200 | ARAMARK UNIFORM & CAREER APPAREL, LLC<br>C/O SHEILA R. SCHWAGER<br>HAWLEY TROXELL ENNIS & HAWLEY LLP<br>P.O. BOX 1617<br>BOISE, ID 83701 | Priority | PRIORITY CLAIM - LINKED TO SCH F. | $2,984.48 | $2,711.97 | $2,711.97 |
| 15<br>280<br>5800 | STATE OF NEVADA EMPLOYMENT, TRAINING & REHAB<br>EMPLOYMENT SECURITY DIVISION<br>500 E. THIRD ST<br>CARSON CITY, NV 89713-0030 | Priority | PRIORITY TAXES OWED TO STATE OF NV, EMPLOYMENT SECURITY DIVISION.  NOT LINKED TO SCH E/F. | $0.00 | $70.94 | $70.94 |

Printed: December 5, 2024

UST Form 101-7-TFR (5/1/2011) *(Page: 10)*

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 19-51323                                                                                    Date: December 5, 2024
Debtor Name: OWENS PRECISION, INC
Claims Bar Date: 9/29/2022

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 19<br>280<br>5800 | STATE OF NEVADA<br>DEPARTMENT OF TAXATION<br>ATTN: BANKRUPTCY<br>SECTION<br>555 E. WASHINGTON AVE. STE<br>#1300<br>LAS VEGAS, NV 89101 | Priority | PRIORITY CLAIM FOR ADMINISTRATIVE EXPENSE. BUSINESS TAXES OWED.  SEE ECF DOCKET #273.  LINKED TO SCH E. | $5.18 | $19,833.84 | $19,833.84 |
| 22<br>280<br>5800 | CARSON CITY<br>CONSOLIDATED<br>MUNICIPALITY<br>201 NORTH CARSON STREET,<br>SUITE # 5<br>CARSON CITY, NV | Priority | PRIORITY PERSONAL PROPERTY TAX. | $0.00 | $686.64 | $686.64 |
| 1<br>300<br>7100 | ULINE<br>ULINE SHIPPING SUPPLIES<br>P.O. BOX 88741<br>CHICAGO, IL 60680 | Unsecured | GOODS SOLD - INVOICES PROVIDED - LINKED TO SCH F. | $845.28 | $924.94 | $924.94 |
| 2<br>300<br>7100 | INTERNAL REVENUE SERVICE<br>915 2nd Avenue M/S W244<br>SEATTLE, WA 98174 | Unsecured | | $0.00 | $0.00 | $0.00 |
| 3<br>300<br>7100 | SANTA CLARA WINDUSTRIAL<br>1525 WALSH AVE<br>SANTA CLARA, CA 95050 | Unsecured | LINKED TO SCH F. | $2,290.00 | $3,387.00 | $3,387.00 |
| 4<br>300<br>7100 | HARTFORD FIRE INSURANCE<br>COMPANY<br>POB 660916<br>DALLAS, TX 75266 | Unsecured | INSURANCE COVERAGE - NO AMOUNT CLAIMED.   LINKED TO SCH F. | $5,205.84 | $0.00 | $0.00 |
| 5<br>300<br>7100 | MCS INDUSTRIAL SUPPLY<br>COMPANY<br>75 MAXESS ROAD<br>MELVILLE NY 11747 | Unsecured | GOODS SOLD - LINKED TO SCH F. | $1,672.90 | $1,672.90 | $1,672.90 |
| 6<br>300<br>7100 | BARRY AVENUE PLATING CO,<br>INC.<br>2210 BARRY AVENUE<br>LOS ANGELES CA 90064 | Unsecured | METAL FINISHING SERVICES PERFORMED.  LINKED TO SCH F.  INVOICES PROVIDED WITH POC. | $3,816.35 | $5,155.15 | $5,155.15 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 19-51323                                                                                          Date: December 5, 2024
Debtor Name: OWENS PRECISION, INC
Claims Bar Date: 9/29/2022

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 7<br>300<br>7100 | OLD DOMINION FREIGHT LINE, INC.<br>RUSTY FRAZIER, LITIGATION COORDINATOR<br>500 OLD DOMINION WAY<br>THOMASVILLE NC 27360 | Unsecured | UNPAID FREIGHT CHARGES  - LINKED TO SCH F. | $7,194.52 | $5,569.82 | $5,569.82 |
| 10<br>300<br>7100 | PARKER HANNIFIN CORPORATION<br>CONTROL SYSTEMS DIVISION, VERIFLO<br>SANDRA J. SBERNA, CREDIT ANALYST CORP<br>6035 PARKLAND BLVD<br>CLEVELAND OH 44124 | Unsecured | GOOD SOLD - NOT LINKED TO SCH F.  CREDITOR PROVIDED SUPPORTING DOCUMENTATION. | $0.00 | $9,429.27 | $9,429.27 |
| 11-2<br>300<br>7100 | ARAMARK UNIFORM & CAREER APPAREL, LLC<br>C/O SHEILA R. SCHWAGER<br>HAWLEY TROXELL ENNIS & HAWLEY LLP<br>P.O. BOX 1617<br>BOISE, ID 83701 | Unsecured | UNSECURED PORTION OF CLAIM - ACCOUNT ENDING 6000. | $0.00 | $7,369.52 | $7,369.52 |
| 12<br>300<br>7100 | WALTER J. OWENS AND RITA OWENS<br>C/O PAUL MATTEONI<br>LEWIS ROCA ROTHGERBER CHRISTIE LLP<br>ONE E LIBERTY STREET, SUITE 300<br>RENO, NV 89501 | Unsecured | SHARES OF STOCK PER STOCK PLEDGE AND SECURITY AGREEMENT - UNSECURED CLAIM.  LINKED TO SCH F. | $75,668.68 | $2,699,623.67 | $2,699,623.67 |
| 13-1<br>300<br>7100 | BLANCHARD METALS PROCESSING COMPANY<br>1115 PIONEER ROAD<br>SALT LAKE CITY, UT 84104 | Unsecured | CLAIM #13  relates to certain heat treating, anodizing, plating, and testing on Debtor's product. LINKED TO SCH F.<br>MINUS THE POST PETIION PRIORITY PORTION OF $1,526.30 - ENTERED IN CLAIM 13-2 AS PRIORITY. | $62,998.20 | $32,676.87 | $32,676.87 |
| 14<br>300<br>7100 | BLANCHARD METALS PROCESSING COMPANY<br>1115 PIONEER ROAD<br>SALT LAKE CITY, UT 84104 | Unsecured | DUPLICATED CLAIM OF CLAIM #13 - PAYMENT ON CLAIM #13 ONLY. | $0.00 | $34,203.17 | $0.00 |
| 16<br>300<br>7100 | HIGH SIERRA LEASING & INVESTMENT CO.<br>PO BOX 3718<br>CARSON CITY NV 89701 | Unsecured | LEASE OF CANON COPIER. LINKED TO SCH F. | $731.63 | $7,935.89 | $7,935.89 |

Printed: December 5, 2024

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 19-51323                                                      Date: December 5, 2024
Debtor Name: OWENS PRECISION, INC
Claims Bar Date: 9/29/2022

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 17 300 7100 | BLUELINE INDUSTRIAL 18350 WARD STREET FOUNTAIN VALLEY, CA 92708 | Unsecured | GOODS SOLD - MULTIPLE P.O'S/INVOICES  - LINKED TO SCH F. | $20,710.27 | $20,971.35 | $20,971.35 |
| 20 300 7100 | APEX ANODIZING, INC. 280 B. CONEY ISLAND DRIVE SPARKS, NV 89431 | Unsecured | LINKED TO SCH F.  INVOICES ATTACHED TO POC. | $3,767.08 | $2,034.01 | $2,034.01 |
| 21 300 7100 | DRYTECH POB 2106 DAYTON, NV 89403 | Unsecured | SERVICES PERFORMED.  LINKED TO SCH F. | $14,042.65 | $14,387.90 | $14,387.90 |
| 25 300 7100 | APEX ANODIZING, INC. 280 B. CONEY ISLAND DRIVE SPARKS, NV 89431 | Unsecured | METAL REFINISHING INVOICES OWED. | $0.00 | $2,245.99 | $2,245.99 |
| 8 400 4210 | UMB BANK N.A. C/O TIMOTHY A. LUKAS, ESQ. HOLLAND & HART LLP 5441 KIETZKE LANE, SECOND FLOOR RENO, NEVADA 89511 | Secured | SECURED CLAIM LINKED TO SCH D. | $850,000.00 | $974,249.34 | $974,249.34 |
| 9 400 4210 | WELLS FARGO EQUIPMENT FINANCE ATTN: RACHEL OWENS 2700 S. PRICE RD MAC S3928-0334 CHANDLER AZ 85286 | Secured | SECURED CLAIM FROM WF ON TWO (2) HAAS MACHINING CENTERS. NOT LINKED OR LISTED ON SCH D.  CREDITOR PROVIDED SUPPORTING DOCUMENTATION ON THIS SECURED CLAIM. | $0.00 | $109,715.79 | $109,715.79 |
| | Case Totals | | | $1,051,935.06 | $4,296,827.02 | $4,251,776.67 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

Printed: December 5, 2024

UST Form 101-7-TFR (5/1/2011) *(Page: 13)*

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 19-51323
Case Name: OWENS PRECISION, INC
Trustee Name: W. Donald Gieseke, Trustee

Balance on hand                                    $            216,401.09

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 8 | UMB BANK N.A. | $    974,249.34 | $    974,249.34 | $        0.00 | $        0.00 |
| 9 | WELLS FARGO EQUIPMENT FINANCE | $    109,715.79 | $    109,715.79 | $        0.00 | $        0.00 |

Total to be paid to secured creditors          $                0.00

Remaining Balance                               $          216,401.09

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Expenses: W. DONALD GIESEKE | $      3,126.96 | $        0.00 | $        3,126.96 |
| Fees: UNITED STATES TRUSTEE PAYMENT CENTER | $      7,554.00 | $        0.00 | $        7,554.00 |

Total to be paid for chapter 7 administrative expenses          $          10,680.96

Remaining Balance                               $          205,720.13

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Other Prior Chapter Administrative Expenses: JEFFREY L. HARTMAN, ESQ. | $ 6,500.00 | $ 0.00 | $ 4,172.91 |
| Other Prior Chapter Administrative Expenses: BLANCHARD METALS PROCESSING COMPANY | $ 1,526.30 | $ 0.00 | $ 979.86 |
| Other Prior Chapter Administrative Expenses: WALTER J. OWENS AND RITA OWENS | $ 1,800.00 | $ 0.00 | $ 1,155.58 |
| Other Prior Chapter Administrative Expenses: THE VERSTANDIG LAW FIRM, LLC | $ 36,491.29 | $ 0.00 | $ 23,426.93 |
| Other Prior Chapter Administrative Expenses: EBI-ONE NV, LLC | $ 90,000.00 | $ 0.00 | $ 57,778.82 |
| Prior Chapter Attorney for Trustee/DIP Fees (Other Firm): HOLLY DRIGGS | $ 46,297.09 | $ 0.00 | $ 29,722.12 |
| Prior Chapter Accountant for Trustee/DIP Fees (Other Firm): SBG CONSULTING, INC | $ 9,875.25 | $ 0.00 | $ 6,339.78 |
| Other Prior Chapter Administrative Expenses: La MONICA PROPERTIES, LLC | $ 32,907.00 | $ 0.00 | $ 21,125.86 |
| Prior Chapter Administrative Rent: La MONICA PROPERTIES, LLC | $ 21,381.00 | $ 0.00 | $ 13,726.32 |
| Prior Chapter Trustee Compensation: W. DONALD GIESEKE CHAPTER 11 TRUSTEE | $ 72,266.31 | $ 0.00 | $ 46,394.02 |
| Prior Chapter Trustee Expenses: W. DONALD GIESEKE CHAPTER 11 TRUSTEE | $ 1,398.67 | $ 0.00 | $ 897.93 |

Total to be paid for prior chapter administrative expenses $ 205,720.13

Remaining Balance $ 0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $23,303.39 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 11-1 | ARAMARK UNIFORM & CAREER APPAREL, LLC | $ 2,711.97 | $ 0.00 | $ 0.00 |
| 15 | STATE OF NEVADA | $ 70.94 | $ 0.00 | $ 0.00 |
| 19 | STATE OF NEVADA DEPARTMENT OF TAXATION | $ 19,833.84 | $ 0.00 | $ 0.00 |
| 22 | CARSON CITY CONSOLIDATED MUNICIPALITY | $ 686.64 | $ 0.00 | $ 0.00 |

Total to be paid to priority creditors                            $_____0.00

Remaining Balance                                                 $_____0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $2,813,384.28 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | ULINE | $ 924.94 | $ 0.00 | $ 0.00 |
| 2 | INTERNAL REVENUE SERVICE | $ 0.00 | $ 0.00 | $ 0.00 |
| 3 | SANTA CLARA WINDUSTRIAL | $ 3,387.00 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 4 | HARTFORD FIRE INSURANCE COMPANY | $ 0.00 | $ 0.00 | $ 0.00 |
| 5 | MCS INDUSTRIAL SUPPLY COMPANY | $ 1,672.90 | $ 0.00 | $ 0.00 |
| 6 | BARRY AVENUE PLATING CO, INC. | $ 5,155.15 | $ 0.00 | $ 0.00 |
| 7 | OLD DOMINION FREIGHT LINE, INC. | $ 5,569.82 | $ 0.00 | $ 0.00 |
| 10 | PARKER HANNIFIN CORPORATION | $ 9,429.27 | $ 0.00 | $ 0.00 |
| 11-2 | ARAMARK UNIFORM & CAREER APPAREL, LLC | $ 7,369.52 | $ 0.00 | $ 0.00 |
| 12 | WALTER J. OWENS AND RITA OWENS | $ 2,699,623.67 | $ 0.00 | $ 0.00 |
| 13-1 | BLANCHARD METALS PROCESSING COMPANY | $ 32,676.87 | $ 0.00 | $ 0.00 |
| 16 | HIGH SIERRA LEASING & INVESTMENT CO. | $ 7,935.89 | $ 0.00 | $ 0.00 |
| 17 | BLUELINE INDUSTRIAL | $ 20,971.35 | $ 0.00 | $ 0.00 |
| 20 | APEX ANODIZING, INC. | $ 2,034.01 | $ 0.00 | $ 0.00 |
| 21 | DRYTECH | $ 14,387.90 | $ 0.00 | $ 0.00 |
| 25 | APEX ANODIZING, INC. | $ 2,245.99 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors          $_____ 0.00

Remaining Balance          $_____ 0.00


Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

      Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE