_____
Honorable Hilary L. Barnes
United States Bankruptcy Judge

Entered on Docket
February 05, 2025

W. Donald Gieseke
Bankruptcy Trustee
18124 Wedge Pkwy., Suite 518
Reno, NV 89511
wdg@renotrustee.com
(775) 742-9107
(775) 562-8181 (fax)

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| IN RE:<br><br>    OWENS PRECISION, INC.<br><br><br><br><br>    DEBTOR(S) | BK-N-19-51323-HLB<br><br>CHAPTER 7<br><br>**ORDER APPROVING TRUSTEE'S PAYMENT OF FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES**<br><br>Hearing Date: February 4, 2025<br>Hearing Time: 2:30 P.M. |

      W. DONALD GIESEKE, Trustee of the above-entitled estate having filed herein his Final Report & Account of said estate on December 20, 2024, (Docket #443) upon written notice of Summary of Final Report and Account being sent to all creditors, no objections having been filed and a hearing held on February 4, 2025, the court finds and concludes as follows,

Order Approving Trustee's Payment of Final Compensation and Expenses - 1

1. The Trustee's Final Report & Account of said estate was timely and properly noticed on December 20, 2024, (Docket #443).

2. The hearing was held on February 4, 2025.  The Trustee appeared at the hearing. No other parties or person(s) appeared and there were no objections filed.

**IT IS HEREBY ORDERED** that the Trustee's fees in the amount of $0.00 and expenses in the amount of $3,126.96 are approved.

Submitted by:

/s/W. Donald Gieseke

**W. DONALD GIESEKE, TRUSTEE**

Date:   2-4-2025

# # #

ALTERNATIVE METHOD re: RULE 9021

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

\_\_\_ The court has waived the requirement of approval under LR 9021(b)(1)

\_x\_ No other party appeared at the hearing or filed an objection to the motion

- The Trustee attended the Hearing

\_\_\_ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

\_\_\_ I certify that this is a case under chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

I do hereby affirm under penalty of perjury that the foregoing is true and correct.

Dated this 4th day of February 2025.

/s/ W. Donald Gieseke
W. Donald Gieseke, Trustee

Order Approving Trustee's Payment of Final Compensation and Expenses - 3